| Emory Healthcare<br>550 Peachtree Street, NE, WW Orr Building<br>Atlanta, GA  30308 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | EDH-Emory Decatur Hospital<br>12/16/2018<br>12/29/2018 | | Business Unit:<br>Advice #:<br>Advice Date: | HCDEC<br>000000010204611<br>01/04/2019 | |
|---|---|---|---|---|---|---|---|

| | | | | | TAX DATA: | Federal | GA State |
|---|---|---|---|---|---|---|---|
| **Claudette Lorraine Nicholson**<br>1660 Almand Crk Dr SW<br>Conyers, GA  30094 | | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 0427099<br>316220-DEC-Mother/Baby Unit<br>Dekalb Medical<br>Patient Care Assistant<br>$16.110000 Hourly | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount:<br>Addl Allowance: | Single<br>1 | Single<br>1 |

## HOURS AND EARNINGS

| | | ------------------ Current ------------------ | | ------------- YTD --------------- | | 
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Professional Time | 16.110000 | 3.25 | 52.36 | 3.25 | 52.36 |
| Regular Pay | 16.110000 | 56.50 | 910.22 | 56.50 | 910.22 |
| Evening Shift Differential | 1.250000 | 18.00 | 22.51 | 18.00 | 22.51 |
| Weekend Shift Differential | 1.250000 | 12.00 | 15.00 | 12.00 | 15.00 |
| Comprehensive/ Annual Leave | 16.110000 | 15.50 | 249.71 | 15.50 | 249.71 |
| **TOTAL:** | | **105.25** | **1,249.80** | **105.25** | **1,249.80** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 98.43 | 98.43 |
| Fed MED/EE | 17.16 | 17.16 |
| Fed OASDI/EE | 73.36 | 73.36 |
| GA Withholdng | 52.15 | 52.15 |
| **TOTAL:** | **241.10** | **241.10** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| POS Medical | 49.00 | 49.00 |
| Traditional Dental | 12.00 | 12.00 |
| EyeMed Vision Care | 5.59 | 5.59 |
| **TOTAL:** | **66.59** | **66.59** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Suppl Life EE | 3.41 | 3.41 |
| Short Term Disab After-Tax | 5.91 | 5.91 |
| 403B Matched Roth VAN | 62.49 | 62.49 |
| DeKalb Medical Foundation- spe | 3.85 | 3.85 |
| **TOTAL:** | **75.66** | **75.66** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| POS Medical | 322.14 | 322.14 |
| Traditional Dental | 4.00 | 4.00 |
| Life Insurance | 1.71 | 1.71 |
| Long Term Disability | 8.92 | 8.92 |
| 2% Vanguard | 25.00 | 25.00 |
| VANGUARD MATCH | 62.49 | 62.49 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,249.80 | 1,183.21 | 241.10 | 142.25 | 866.45 |
| YTD | 1,249.80 | 1,183.21 | 241.10 | 142.25 | 866.45 |

| YEAR-TO-DATE | PTO Leave | Extended Illness |
|---|---|---|
| Start Balance | 0.0 | 0.0 |
| + Earned | 80.4 | 21.3 |
| - Taken | 51.5 | 0.0 |
| + Adjustments | 182.8 | 377.7 |
| **End Balance** | **211.7** | **399.0** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000010204611 | Checking | XXXXXXX48 | 100.00 |
| | Savings | XXXXXXX48 | 135.00 |
| | Checking | XXXXXXXXX88 | 631.45 |
| **TOTAL:** | | | **866.45** |

**MESSAGE:**

**Emory Healthcare**
550 Peachtree Street, NE, WW Orr Building
Atlanta, GA 30308

| Pay Group: | EDH-Emory Decatur Hospital |
|---|---|
| Pay Begin Date: | 12/30/2018 |
| Pay End Date: | 01/12/2019 |

| Business Unit: | HCDEC |
|---|---|
| Advice #: | 000000010231745 |
| Advice Date: | 01/18/2019 |

**Claudette Lorraine Nicholson**
1660 Almand Crk Dr SW
Conyers, GA 30094

| Employee ID: | 0427099 |
|---|---|
| Department: | 316220-DEC-Mother/Baby Unit |
| Location: | Emory Decatur Hospital |
| Job Title: | Patient Care Assistant |
| Pay Rate: | $16.110000 Hourly |

| TAX DATA: | Federal | GA State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 1 | 1 |
| Addl. Percent: | | |
| Addl. Amount: | | |
| Addl Allowance: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Absent Without Pay | | 4.25 | 0.00 | 4.25 | 0.00 |
| Comprehensive/ Annual Leave | 16.110000 | 4.00 | 64.44 | 19.50 | 314.15 |
| Regular Pay | 16.110000 | 67.75 | 1,091.45 | 124.25 | 2,001.67 |
| Holiday Differential | 8.055000 | 12.00 | 96.66 | 12.00 | 96.66 |
| Evening Shift Differential | 1.250000 | 22.50 | 28.14 | 40.50 | 50.65 |
| Weekend Shift Differential | 1.250000 | 24.00 | 30.00 | 36.00 | 45.00 |
| Professional Time | | | 0.00 | 3.25 | 52.36 |
| **TOTAL:** | | **134.50** | **1,310.69** | **239.75** | **2,560.49** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 104.91 | 203.34 |
| Fed MED/EE | 18.04 | 35.20 |
| Fed OASDI/EE | 77.13 | 150.49 |
| GA Withholdng | 55.80 | 107.95 |
| **TOTAL:** | **255.88** | **496.98** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| POS Medical | 49.00 | 98.00 |
| Traditional Dental | 12.00 | 24.00 |
| EyeMed Vision Care | 5.59 | 11.18 |
| **TOTAL:** | **66.59** | **133.18** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Suppl Life EE | 3.41 | 6.82 |
| Short Term Disab After-Tax | 5.91 | 11.82 |
| 403B Matched Roth VAN | 65.53 | 128.02 |
| DeKalb Medical Foundation- spe | 3.85 | 7.70 |
| **TOTAL:** | **78.70** | **154.36** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| POS Medical | 322.14 | 644.28 |
| Traditional Dental | 4.00 | 8.00 |
| Life Insurance | 1.71 | 3.42 |
| Long Term Disability | 8.92 | 17.84 |
| 2% Vanguard | 26.21 | 51.21 |
| VANGUARD MATCH | 65.53 | 128.02 |
| ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,310.69 | 1,244.10 | 255.88 | 145.29 | 909.52 |
| YTD | 2,560.49 | 2,427.31 | 496.98 | 287.54 | 1,775.97 |

| YEAR-TO-DATE | PTO Leave | Extended Illness |
|---|---|---|
| Start Balance | 211.7 | 399.0 |
| + Earned | 9.4 | 2.5 |
| - Taken | 4.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **217.1** | **401.5** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000010231745 | Checking | XXXXXXX48 | 100.00 |
| | Savings | XXXXXXX48 | 135.00 |
| | Checking | XXXXXXXXXX88 | 674.52 |
| **TOTAL:** | | | **909.52** |

**MESSAGE:**

| Emory Healthcare | Pay Group: | EDH-Emory Decatur Hospital | Business Unit: | HCDEC |
| --- | --- | --- | --- | --- |
| 550 Peachtree Street, NE, WW Orr Building | Pay Begin Date: | 01/13/2019 | Advice #: | 000000010268381 |
| Atlanta, GA 30308 | Pay End Date: | 01/26/2019 | Advice Date: | 02/01/2019 |

| | | | TAX DATA: | Federal | GA State |
| --- | --- | --- | --- | --- | --- |
| **Claudette Lorraine Nicholson** | Employee ID: | 0427099 | Marital Status: | Single | Single |
| 1660 Almand Crk Dr SW | Department: | 316220-DEC-Mother/Baby Unit | Allowances: | 1 | 1 |
| Conyers, GA 30094 | Location: | Emory Decatur Hospital | Addl. Percent: | | |
| | Job Title: | Patient Care Assistant | Addl. Amount: | | |
| | Pay Rate: | $16.110000 Hourly | Addl Allowance: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Pay | 16.110000 | 72.00 | 1,159.92 | 196.25 | 3,161.59 | Fed Withholdng | 94.47 | 297.81 |
| Evening Shift Differential | 1.250000 | 27.00 | 33.76 | 67.50 | 84.41 | Fed MED/EE | 16.77 | 51.97 |
| Weekend Shift Differential | 1.250000 | 24.00 | 30.00 | 60.00 | 75.00 | Fed OASDI/EE | 71.74 | 222.23 |
| Absent Without Pay | | | 0.00 | 4.25 | 0.00 | GA Withholdng | 50.58 | 158.53 |
| Holiday Differential | | | 0.00 | 12.00 | 96.66 | | | |
| Comprehensive/ Annual Leave | | | 0.00 | 19.50 | 314.15 | | | |
| Professional Time | | | 0.00 | 3.25 | 52.36 | | | |
| **TOTAL:** | | 123.00 | 1,223.68 | 362.75 | 3,784.17 | **TOTAL:** | 233.56 | 730.54 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| POS Medical | 49.00 | 147.00 | Suppl Life EE | 3.41 | 10.23 | POS Medical | 322.14 | 966.42 |
| Traditional Dental | 12.00 | 36.00 | Short Term Disab After-Tax | 5.91 | 17.73 | Traditional Dental | 4.00 | 12.00 |
| EyeMed Vision Care | 5.59 | 16.77 | 403B Matched Roth VAN | 61.18 | 189.20 | Life Insurance | 1.71 | 5.13 |
| | | | DeKalb Medical Foundation- spe | 3.85 | 11.55 | Long Term Disability | 8.92 | 26.76 |
| | | | | | | 2% Vanguard | 24.47 | 75.68 |
| | | | | | | VANGUARD MATCH | 61.18 | 189.20 |
| **TOTAL:** | 66.59 | 199.77 | **TOTAL:** | 74.35 | 228.71 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 1,223.68 | 1,157.09 | 233.56 | 140.94 | 849.18 |
| YTD | 3,784.17 | 3,584.40 | 730.54 | 428.48 | 2,625.15 |

| YEAR-TO-DATE | PTO Leave | Extended Illness | | NET PAY DISTRIBUTION | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Account Type | Account Number | Deposit Amount |
| Start Balance | 211.7 | 399.0 | Advice #000000010268381 | Checking | XXXXXXX48 | 100.00 |
| + Earned | 18.8 | 5.0 | | Savings | XXXXXXX48 | 135.00 |
| - Taken | 4.0 | 0.0 | | Checking | XXXXXXXXXX88 | 614.18 |
| + Adjustments | 0.0 | 0.0 | | | | |
| **End Balance** | 226.5 | 404.0 | **TOTAL:** | | | 849.18 |

MESSAGE:

| Emory Healthcare | | Pay Group: | EDH-Emory Decatur Hospital | Business Unit: | HCDEC |
|---|---|---|---|---|---|
| 550 Peachtree Street, NE, WW Orr Building | | Pay Begin Date: | 01/27/2019 | Advice #: | 000000010297006 |
| Atlanta, GA 30308 | | Pay End Date: | 02/09/2019 | Advice Date: | 02/15/2019 |

| | | | | TAX DATA: | Federal | GA State |
|---|---|---|---|---|---|---|
| Claudette Lorraine Nicholson | Employee ID: | 0427099 | | Marital Status: | Single | Single |
| 1660 Almand Crk Dr SW | Department: | 316220-DEC-Mother/Baby Unit | | Allowances: | 1 | 1 |
| Conyers, GA 30094 | Location: | Emory Decatur Hospital | | Addl. Percent: | | |
| | Job Title: | Patient Care Assistant | | Addl. Amount: | | |
| | Pay Rate: | $16.110000 Hourly | | Addl Allowance: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Pay | 16.110000 | 68.00 | 1,095.48 | 264.25 | 4,257.07 | Fed Withholdng | 98.99 | 396.80 |
| Evening Shift Differential | 1.250000 | 22.50 | 28.13 | 90.00 | 112.54 | Fed MED/EE | 17.33 | 69.30 |
| Weekend Shift Differential | 1.250000 | 20.00 | 25.00 | 80.00 | 100.00 | Fed OASDI/EE | 74.08 | 296.31 |
| Professional Time | 16.110000 | 7.00 | 112.77 | 10.25 | 165.13 | GA Withholdng | 52.84 | 211.37 |
| Absent Without Pay | | | 0.00 | 4.25 | 0.00 | | | |
| Holiday Differential | | | 0.00 | 12.00 | 96.66 | | | |
| Comprehensive/ Annual Leave | | | 0.00 | 19.50 | 314.15 | | | |
| TOTAL: | | 117.50 | 1,261.38 | 480.25 | 5,045.55 | TOTAL: | 243.24 | 973.78 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| POS Medical | 49.00 | 196.00 | Suppl Life EE | 3.41 | 13.64 | POS Medical | 322.14 | 1,288.56 |
| Traditional Dental | 12.00 | 48.00 | Short Term Disab After-Tax | 5.91 | 23.64 | Traditional Dental | 4.00 | 16.00 |
| EyeMed Vision Care | 5.59 | 22.36 | 403B Matched Roth VAN | 63.07 | 252.27 | Life Insurance | 1.71 | 6.84 |
| | | | DMC Cafeteria Deduction | 6.67 | 6.67 | Long Term Disability | 8.92 | 35.68 |
| | | | DeKalb Medical Foundation- spe | 3.85 | 15.40 | 2% Vanguard | 25.23 | 100.91 |
| | | | | | | VANGUARD MATCH | 63.07 | 252.27 |
| TOTAL: | 66.59 | 266.36 | TOTAL: | 82.91 | 311.62 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,261.38 | 1,194.79 | 243.24 | 149.50 | 868.64 |
| YTD | 5,045.55 | 4,779.19 | 973.78 | 577.98 | 3,493.79 |

| YEAR-TO-DATE | PTO Leave | Extended Illness | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Start Balance | 211.7 | 399.0 | | Account Type | Account Number | Deposit Amount |
| + Earned | 28.6 | 7.6 | Advice #000000010297006 | Checking | XXXXXXX48 | 100.00 |
| - Taken | 4.0 | 0.0 | | Savings | XXXXXXX48 | 135.00 |
| + Adjustments | 0.0 | 0.0 | | Checking | XXXXXXXXXX88 | 633.64 |
| End Balance | 236.3 | 406.6 | TOTAL: | | | 868.64 |

MESSAGE:

| Emory Healthcare | | Pay Group: | EDH-Emory Decatur Hospital | Business Unit: | HCDEC |
| --- | --- | --- | --- | --- | --- |
| 550 Peachtree Street, NE, WW Orr Building | | Pay Begin Date: | 02/10/2019 | Advice #: | 000000010332992 |
| Atlanta, GA 30308 | | Pay End Date: | 02/23/2019 | Advice Date: | 03/01/2019 |

| | | | | TAX DATA: | Federal | GA State |
| --- | --- | --- | --- | --- | --- | --- |
| Claudette Lorraine Nicholson | Employee ID: | 0427099 | | Marital Status: | Single | Single |
| 1660 Almand Crk Dr SW | Department: | 316220-DEC-Mother/Baby Unit | | Allowances: | 1 | 1 |
| Conyers, GA 30094 | Location: | Emory Decatur Hospital | | Addl. Percent: | | |
| | Job Title: | Patient Care Assistant | | Addl. Amount: | | |
| | Pay Rate: | $16.110000 Hourly | | Addl Allowance: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Pay | 16.110000 | 72.00 | 1,159.92 | 336.25 | 5,416.99 | Fed Withholdng | 94.47 | 491.27 |
| Evening Shift Differential | 1.250000 | 27.00 | 33.76 | 117.00 | 146.30 | Fed MED/EE | 16.78 | 86.08 |
| Weekend Shift Differential | 1.250000 | 24.00 | 30.00 | 104.00 | 130.00 | Fed OASDI/EE | 71.74 | 368.05 |
| Absent Without Pay | | | 0.00 | 4.25 | 0.00 | GA Withholdng | 50.58 | 261.95 |
| Holiday Differential | | | 0.00 | 12.00 | 96.66 | | | |
| Comprehensive/ Annual Leave | | | 0.00 | 19.50 | 314.15 | | | |
| Professional Time | | | 0.00 | 10.25 | 165.13 | | | |
| TOTAL: | | 123.00 | 1,223.68 | 603.25 | 6,269.23 | TOTAL: | 233.57 | 1,207.35 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| POS Medical | 49.00 | 245.00 | Suppl Life EE | 3.41 | 17.05 | POS Medical | 322.14 | 1,610.70 |
| Traditional Dental | 12.00 | 60.00 | Short Term Disab After-Tax | 5.91 | 29.55 | Traditional Dental | 4.00 | 20.00 |
| EyeMed Vision Care | 5.59 | 27.95 | 403B Matched Roth VAN | 61.18 | 313.45 | Life Insurance | 1.71 | 8.55 |
| | | | DeKalb Medical Foundation- spe | 3.85 | 19.25 | Long Term Disability | 8.92 | 44.60 |
| | | | DMC Cafeteria Deduction | 0.00 | 6.67 | 2% Vanguard | 24.47 | 125.38 |
| | | | | | | VANGUARD MATCH | 61.18 | 313.45 |
| TOTAL: | 66.59 | 332.95 | TOTAL: | 74.35 | 385.97 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 1,223.68 | 1,157.09 | 233.57 | 140.94 | 849.17 |
| YTD | 6,269.23 | 5,936.28 | 1,207.35 | 718.92 | 4,342.96 |

| YEAR-TO-DATE | PTO Leave | Extended Illness | NET PAY DISTRIBUTION | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Start Balance | 211.7 | 399.0 | | Account Type | Account Number | Deposit Amount |
| + Earned | 38.0 | 10.1 | Advice #000000010332992 | Checking | XXXXXXX48 | 100.00 |
| - Taken | 4.0 | 0.0 | | Savings | XXXXXXX48 | 135.00 |
| + Adjustments | 0.0 | 0.0 | | Checking | XXXXXXXXXX88 | 614.17 |
| End Balance | 245.7 | 409.1 | TOTAL: | | | 849.17 |

**MESSAGE:**